**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE STANDISH, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PRO-LAB, INC.,<br><br>Defendant. | Case No. 2:18-cv-02604-KJM-DB<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

1 | Upon consideration of Plaintiff LYLE STANDISH's ("Plaintiff") and Defendant PRO-
2 | LAB, INC.'s ("Defendant") Joint Stipulation To Extend Time For Plaintiff To Oppose Defendant's
3 | Motion To Dismiss And Motion To Strike, and for good cause shown, the Court hereby
4 | APPROVES the parties' stipulation and ORDERS as follows:

1. Plaintiff shall have up to and including June 14, 2019 to file an opposition to Defendant's motion to dismiss and motion to strike, and the motion date is hereby adjourned to June 28, 2019 at 10:00 A.M.

IT IS SO ORDERED.

DATED: April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE