**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE STANDISH, on Behalf of Himself and all Others Similarly Situated, | Case No.  2:18-cv-02604-KJM-DB |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| PRO-LAB, INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Lyle Standish, and Defendant Pro-Lab, Inc., that pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Lyle Standish hereby dismisses all claims in this action against Defendant Pro-Lab, Inc. with prejudice.  Each party agrees to bear their own attorneys' fees and costs.

Dated:  June 4, 2019               **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
           L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:    ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated: June 4, 2019               **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:   */s/ Shannon Z. Petersen*
           Shannon Z. Petersen


Shannon Z. Petersen
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
E-mail: spetersen@sheppardmullin.com

*Attorneys for Defendant*